Opinion filed May 6, 2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00047-CV

                                                    __________

 

                              KARLA
SUE STEVENSON, Appellant

 

                                                             V.

 

                                  DAN
PER STEVENSON, Appellee



 

                                   On
Appeal from the 326th District Court

 

                                                            Taylor
County, Texas

 

                                                   Trial
Court Cause No. 27,176-C

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Karla Sue
Stevenson has filed in this court a motion to dismiss her appeal.  The motion
is granted, and the appeal is dismissed.

 

                                                                                                            PER
CURIAM

May 6, 2010    

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.